**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Sammantha Leigh Nass**<br>DOB: 1992; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**21-07011MJ** |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about January 10, 2021, at or near Nogales, in the District of Arizona, **Sammantha Leigh Nass** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On January 10, 2021, **Sammantha Leigh NASS** presented herself for inspection into the United States from Mexico at the DeConcini Port of Entry (POE) in Nogales, Arizona. **NASS** was the driver, registered owner, and sole occupant of a Kia Forte. During primary inspection, the U.S. Customs and Border Protection (CBP) Officer referred **NASS** and her vehicle for a secondary inspection based on **NASS'** hands shaking, and inconsistent story. During the secondary inspection of the vehicle, a Z-portal x-ray scan was conducted. The scan revealed anomalies in the quarter panels of the vehicle. A CBP canine then performed a sniff of the vehicle and alerted to an odor it is trained to detect emanating from the vehicle. During a physical inspection, CBP Officers discovered 30 packages concealed in the vehicle. A representative sample of the contents of the packages tested positive for the characteristics of methamphetamine. The methamphetamine weighed approximately 14 kilograms.

After waiving her *Miranda* rights, **NASS** stated she went to Mexico with two friends. **NASS** stated that she used methamphetamine at an unknown house in Mexico. **NASS** stated that while she was at this house, an unknown man took her car to go to the store and was gone for several hours. **NASS** then stated that the man took her car to install a GPS unit. **NASS** stated that she has been offered the opportunity to cross narcotics into the United States, but refused. NASS stated that she also was offered to pick up and transport $40,000 from Phoenix to Mexico. NASS was told to contact her friends once she crossed the border if she was interested in transporting the money. NASS stated that she believed the money was proceeds from narcotics sales.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>KCH/pl<br>AUTHORIZED AUSA *Kevin Hakala* (Digitally signed by KEVIN HAKALA Date: 2021.01.11 11:34:55 -07'00') | SIGNATURE OF COMPLAINANT (official title)<br>BRIAN W WELLS (Digitally signed by BRIAN W WELLS Date: 2021.01.11 11:40:01 -07'00') |
|---|---|
| Sworn to telephonically. | OFFICIAL TITLE<br>HSI Special Agent<br>Brian Wells |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau* | DATE<br>January 11, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54